**THE CLANCY LAW FIRM, P.C.**

**40 Wall Street, 25th Floor**
**New York, New York 10005**
**(T) 212-747-1744**
**(F) 646-693-7229**
**dhc@dhclancylaw.com**

June 29, 2026

<u>**VIA ECF**</u>
Honorable Georgette Castner
United States District Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, NJ 08608

**Re:** *Nelson v. Indegene, Inc., Case No. 3:25-cv-1284-GC-JBD*

Dear Judge Castner:

This office represents Plaintiff William Nelson in the above-referenced matter. Pursuant to the Court's April 8, 2026 Order ("Order" Dkt. 28), the parties jointly submit this letter to summarize the status of discovery and identify any issues ripe for discussion with the Court at the telephone status conference scheduled for July 2, 2026 at 2:00 p.m.

The parties have exchanged written discovery responses and document production and have met and conferred regarding ESI discovery, which the parties intend to complete before conducting depositions. The parties are negotiating an ESI protocol and are meeting and conferring within 30 days on establishing custodians, search terms and time period of collection, with production and depositions, including a Rule 30(b)(6) Notice, to be completed by October 30, 2026 given the parties, counsel and third party witness availability.

Accordingly, the parties respectfully request a four (4) month extension of the July 14, 2026 fact discovery deadline, until November 14, 2026.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ <u>Donna H. Clancy</u>
Donna H. Clancy, Esq.

cc: All Counsel of Record (via E-filing)

1